**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of<br><br>**ADAM TEDRICK**<br>**CHRISTINA TEDRICK**<br><br>Debtor(s) | Case No. **09-65043-CKP**<br><br>Chapter 7<br><br>Judge **C. KATHRYN PRESTON** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

The attached check in the amount of $ 4.05 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| LICKING MEMORIAL HOSPITAL<br>1320 W. Main St.<br>Newark, OH 43055 | 7 | $4.05 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $4.05 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated: 8/24/2010

/s/ Clyde Hardesty

Clyde C. Hardesty

cc: U.S. Trustee